IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WALSH, | No. 4:24-CV-01878 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LUZERNE COUNTY, LUZERNE COUNTY BOARD OF ELECTIONS, and LUZERNE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | |
| Defendants. | |

## ORDER

**AND NOW**, this 30th day of October 2024, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **October 31, 2024, at 1:00 p.m.**

2. Counsel for Plaintiff shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge