# EXHIBIT A

**IN THE UNITED STATES COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| James Walsh, | : | |
|        Plaintiff. | : | |
| | : | CIVIL ACTION - LAW |
|        v. | : | |
| | : | No. 4:24-cv-01878 |
| Luzerne County, Luzerne County Board of Elections, and Luzerne County Board of Elections and Registration, | : | Chief Judge Matthew W. Brann |
|        Defendants. | : | |

**Exhibit "A"
(Supplemental Affidavit of Emily Cook)**

| | |
|---|---|
| James Walsh, | : |
|         Plaintiff. | : |
| | :   CIVIL ACTION - LAW |
| v. | : |
| | :   No. 4:24-cv-01878 |
| Luzerne County, Luzerne County Board | : |
| of Elections, and Luzerne County Board | :   Chief Judge Matthew W. Brann |
| of Elections and Registration, | : |
|         Defendants. | : |

## SUPPLEMENTAL AFFIDAVIT OF EMILY COOK

I, Emily Cook, being duly sworn according to law, hereby state the following:

1. I am the Director of Elections for Luzerne County, Pennsylvania.

2. I have been employed by the Luzerne County Bureau of Elections[1] since 2021, and I have been employed as the Acting Director and subsequently Director of Elections since February 2024.

3. I have been asked to determine the status of Plaintiff's voter registration and voting history.

4. I have checked the Luzerne County voter records and the Pennsylvania SURE system records. A true and correct copy of Plaintiff's Pennsylvania SURE record is attached hereto as Exhibit "A."

5. The Pennsylvania SURE system is the recordkeeping software utilized by Luzerne County for tracking Luzerne County voters' voting registration and voting status.

---

[1] Incorrectly identified by Plaintiff as the Luzerne County *Board* of Elections.

6. I have attached to my Supplemental Affidavit a true and correct copy of the voter record information for Plaintiff, James Walsh, obtained from the Pennsylvania SURE system.

7. According to the Pennsylvania SURE system, Plaintiff is registered to vote in Luzerne County.

8. According to the Pennsylvania SURE system, Plaintiff handed in his mail-in ballot, which has been accepted and will be processed.

9. The facts set forth above are true and correct to the best of my knowledge, information, and belief.

_____
EMILY COOK

Commonwealth of Pennsylvania - Notary Seal
JENNIFER A PECORA - Notary Public
Luzerne County
My Commission Expires August 4, 2026
Commission Number 1338567

Sworn to and subscribed before me
This 31st day of October, 2024

_____
NOTARY PUBLIC

My Commission Expires: 8/4/26

Commonwealth of Pennsylvania - Notary Seal
JENNIFER A PECORA - Notary Public
Luzerne County
My Commission Expires August 4, 2026
Commission Number 1338567

