# LAW OFFICE OF CHARLES KANNEBECKER
## ATTORNEY AT LAW

CHARLES KANNEBECKER*◇+
DEREK B. SMITH+
TIMOTHY J. MCMAHON+

104 W. HIGH STREET
MILFORD, PENNSYLVANIA 18337

(570) 296-6471
FAX (570) 296-2653
www.kannebeckerlaw.com

NEW YORK OFFICE
86 Fowler Street
Port Jervis, NY 12771
(845) 856-4406

*ADMITTED IN NY
◇ADMITTED IN NJ
+ADMITTED IN PA

November 1, 2024

**VIA ECF FILING**

United States Courthouse and Federal Building
240 West Third Street, Suite 401
Williamsport, Pennsylvania 17701

ATTN: HONORABLE MATTHEW BRANN

**RE:    JAMES WALSH v. LUZERNE COUNTY, LUZERNE COUNTY BOARD OF ELECTIONS, LUZERNE COUNTY BOARD OF ELECTIONS AND REGISTRATION, No. 4:24-cv-01878-MWB**

Dear Hon. Judge Brann:

   This office represents Plaintiff in the above-captioned matter. In response to Your Honor's direction, Plaintiff submits that letter with a status for the Court.

   The parties have communicated multiple times since the conference with the Court. While we have not managed to resolve the matter, the parties have had helpful communications and the issues will be narrowed for the court and the presentation will be honed.

   Accordingly, while the 4:00 hearing will still be required, it will be professionally presented with narrowed issues and will impose significantly less on this Court's time.

                              Respectfully Submitted,

                              THE LAW OFFICE OF CHARLES KANNEBECKER


                               /s/ Charles Kannebecker
                              Charles Kannebecker, Esq.