

123 South Broad Street, Suite 2800 • Philadelphia, PA 19109
P: (215) 925-2500 • F: (215) 925-6471

**Direct Dial:** (267) 665-2080
**Email:** mec@saxtonstump.com

November 1, 2024

*Via ECF*
Hon. Matthew W. Brann
Chief United States District Judge
United States District Court
for the Middle District of Pennsylvania
240 West Third Street, Suite 401
Williamsport, PA 17701

   **RE:** *Walsh v. Luzerne County, et al.*
      Case No. 4:24-CV-01878

Dear Chief Judge Brann:

  As the Court might recall, along with Stephen J. Fleury, Jr. and Salvatore P. Sciacca, I represent Luzerne County and the Luzerne County Bureau of Elections in the above matter. At the end of yesterday's telephone conference, during which the parties and the Court discussed a protocol for potentially resolving this matter, the Court directed the parties to inform the Court on the status before 12:00 PM today.

  Regrettably, on behalf of Luzerne County and the Luzerne County Bureau of Elections, I hereby inform the Court that, as of now, the matter is not resolved and the County and the Bureau of Elections do not see a pathway to resolution.

  In light of this, counsel for the County and the Bureau of Elections are preparing for and now travelling to the Court for the 4:00 PM hearing on Plaintiff's emergency motion.

Respectfully,

SAXTON & STUMP

*Mark E. Cedrone*

MARK E. CEDRONE

MEC:rmm

cc: All Counsel of Record (via ECF)