## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WALSH, | No. 4:24-CV-01878 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LUZERNE COUNTY, LUZERNE COUNTY BUREAU OF ELECTIONS, and LUZERNE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW,** on this 1st day of November 2024, **IT IS HEREBY ORDERED** that:

1.  Defendant Luzerne County Board of Elections and Registration shall file a "clear and unambiguous" written indication of whether it consents to removal of this case to the United States District Court for the Middle District of Pennsylvania by 12:00 p.m. on Monday November 4, 2024.[1]

2.  An evidentiary hearing is **SCHEDULED** for **November 4, 2024, at 4:00 p.m.**, in Courtroom One, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, PA 17701.

---

[1] *E.g.*, *Ogletree v. Barnes*, 851 F. Supp. 184 (E.D. Pa. 1994).

3.     At the time of argument, the parties may submit to the Court two (2) complete exhibit lists[2] and one (1) complete set of exhibits for the Court's use, in addition to the original that will be offered into evidence. The lists and exhibits shall be contained in 3-ring binders. (At the conclusion of the argument, counsel shall be responsible for assuming custody of all of their respective original exhibits). The parties may also submit to the Court two (2) copies of a concise Table of Authorities listing the legal sources on which they plan to rely in addition to their exhibit binders detailed above.

4.     The Court will also consider oral argument from the parties on whether Plaintiff James Walsh has standing as a candidate to challenge the alleged failures to process voter registration and mail-in ballot applications.[3]

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge

---

[2]    See attached form. Please contact Chambers to obtain a Word version of this form.
[3]    *See e.g.*, *Bost v. Ill. State Bd. of Elections*, 114 F.4th 634 (7th Cir. 2024) and *Trump v. Wis. Elections Comm'n*, 506 F. Supp. 3d 620 (E.D. Wis. 2020), *aff'd*, 983 F.3d 919 (7th Cir. 2020).

**Caption:**

**Case No:**

**Judge:**

**Date:**

### <u>EXHIBIT LIST</u>

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |