# **LAW OFFICE OF CHARLES KANNEBECKER**
## ATTORNEY AT LAW

CHARLES KANNEBECKER*◊+
DEREK B. SMITH+                       104 W. HIGH STREET           NEW YORK OFFICE
TIMOTHY J. MCMAHON+          MILFORD, PENNSYLVANIA 18337    86 Fowler Street
                                                              Port Jervis, NY 12771
                                          (570) 296-6471          (845) 856-4406
*ADMITTED IN NY                       FAX (570) 296-2653
◊ADMITTED IN NJ                       www.kannebeckerlaw.com
+ADMITTED IN PA

November 4, 2024

**VIA ECF FILING**

United States Courthouse and Federal Building
240 West Third Street, Suite 401
Williamsport, Pennsylvania 17701

ATTN: HONORABLE MATTHEW BRANN

**RE:   JAMES WALSH v. LUZERNE COUNTY, LUZERNE COUNTY BOARD OF ELECTIONS, LUZERNE COUNTY BOARD OF ELECTIONS AND REGISTRATION, No. 4:24-cv-01878-MWB**

Dear Hon. Judge Brann:

This office represents Plaintiff in the above-captioned matter.

Initially, I thank the Court for the time and attention it has kindly accorded already, especially under time pressing circumstances. After the defendants lost their motions to dismiss before the Panel of Judges in Luzerne County, the defendants removed this case to federal court on October 30, 2024, at 4:42 p.m.

By 5:30 p.m. that same evening, literally within 48 minutes, Your Honor had already scheduled a case conference the next day. In the conference call, Your Honor relayed that the court had matters which were already previously scheduled and, even more pressingly, was actually conducting a criminal trial. Based on the Court's longstanding commitments, a hearing on Plaintiff's Motion for Preliminary Injunction could not be scheduled until this evening, November 4, 2024 at 4:00 p.m.

Plaintiff fully understands the Court's schedule and respects its obligations to its matters. In light of the above, it would be difficult for any court at all to issue an injunction at 4:00 p.m. that could be practically effective.

United States Courthouse and Federal Building
240 West Third Street, Suite 401
Williamsport, Pennsylvania 17701
Page 2

    Accordingly, Plaintiff respectfully notifies Your Honor that Plaintiff withdraws Plaintiff's Motion for Injunction.

    Plaintiff forwards this letter early and hope that such early notification is helpful to the Court.

    Respectfully Submitted,

    THE LAW OFFICE OF CHARLES KANNEBECKER


    /s/ Charles Kannebecker
    Charles Kannebecker, Esq.