# LAW OFFICE OF CHARLES KANNEBECKER
## ATTORNEY AT LAW

CHARLES KANNEBECKER*◊+
DEREK B. SMITH+
TIMOTHY J. MCMAHON+

104 W. HIGH STREET
MILFORD, PENNSYLVANIA 18337

(570) 296-6471
FAX (570) 296-2653
www.kannebeckerlaw.com

NEW YORK OFFICE
86 Fowler Street
Port Jervis, NY 12771
(845) 856-4406

*ADMITTED IN NY
◊ADMITTED IN NJ
+ADMITTED IN PA

November 4, 2024

**VIA ECF FILING**

United States Courthouse and Federal Building
240 West Third Street, Suite 401
Williamsport, Pennsylvania 17701

ATTN: HONORABLE MATTHEW BRANN

**RE:   JAMES WALSH v. LUZERNE COUNTY, LUZERNE COUNTY BOARD OF ELECTIONS, LUZERNE COUNTY BOARD OF ELECTIONS AND REGISTRATION, No. 4:24-cv-01878-MWB**

Dear Hon. Judge Brann:

This office represents Plaintiff in the above-captioned matter.

In clarification at the Court's request, Plaintiff filed a lawsuit and had also additionally moved for a Preliminary Injunction. The purpose of the Injunction was to compel defendants to complete certain acts prior to the election.

The Luzerne County Court of Common Pleas was actually conducting the hearing on that Preliminary Injunction when it was removed to federal court.

The matter before the Court for this evening was Plaintiff's Motion for Preliminary Injunction and the hearing on Plaintiff's motion for Preliminary Injunction.

As explained in my earlier letter, it would be difficult for an injunction issued this evening to be effective as a practical matter (such as requiring defendants to mail out ballots that would have to be returned already by tomorrow).

Accordingly, plaintiff relays that Plaintiff's Motion for Preliminary Injunction is withdrawn. As a result, there is no cause for the hearing on Plaintiff's Motion for Injunction to be held this evening and Plaintiff respectfully replies that the hearing need not be held.

United States Courthouse and Federal Building
240 West Third Street, Suite 401
Williamsport, Pennsylvania 17701
Page 2

 Finally, with the Preliminary Injunction issue now removed by Plaintiff's withdrawal of the Motion for Injunction, the case will proceed in normal fashion with Answer, Motion to Dismiss, etc.

    Respectfully Submitted,

    THE LAW OFFICE OF CHARLES KANNEBECKER


    <u>/s/ Charles Kannebecker</u>
    Charles Kannebecker, Esq.