IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WALSH, | : | No. 4:24-CV-01878 |
| Plaintiff, | : | (Chief Judge Brann) |
| v. | : | |
| LUZERNE COUNTY, LUZERNE BUREAU OF ELECTIONS, and LUZERNE COUNTY BOARD OF ELECTIONS AND REGISTRATION, | : | |
| Defendants. | : | |

## NOTICE OF CONSENT TO REMOVAL

Luzerne County Board of Elections and Registration ("Board"), Defendant herein and by and through undersigned counsel hereby notifies the Court and parties that it consents to removal of this matter to this Honorable Court, 28 U.S.C. § 1446.

s/Joseph M Cosgrove
SELINGO GUAGLIARDO LLC
345 Market Street
Kingston PA 18704
570-287-2400