# EXHIBIT A
# LUZERNE COUNTY ELECTION PROCLAIMATION

# 2024 General Election Proclamation

### County of Luzerne
### Commonwealth of Pennsylvania

In accordance with the provisions of the Pennsylvania Election Code, Act No. 320 of 1937, of the General Assembly, and its amendments, notice is hereby given that a General Election will be held in the 186 voting districts of Luzerne County on **November 5, 2024** at which time the polls will be open from **7:00 AM until 8:00 PM**, prevailing time, and candidates will be nominated for Federal and Commonwealth public offices:

**President of the United States – All Luzerne County Precincts – Vote For One**

KAMALA D HARRIS, President
TIM WALZ, Vice President
Democratic / Democrata
DONALD J TRUMP, President
JD VANCE, Vice President
Republican / Republicano
CHASE OLIVER, President
MIKE TER MAAT, Vice President
Libertarian / Libertario
JILL STEIN, President
RUDOLPH WARE, Vice President
Green Party / Partido Verde

**United States Senator** – All Luzerne County Precincts - Vote For One

ROBERT P CASEY JR
Democratic / Democrata
DAVE MCCORMICK
Republican / Republicano
JOHN C THOMAS
Libertarian / Libertario
LEILA HAZOU
Green Party / Partido Verde
MARTY SELKER
Constitution Party / Partido de la Constitución

**Attorney General - All Luzerne County Precincts - Vote For One**

EUGENE DEPASQUALE
Democratic / Democrata
DAVE SUNDAY
Republican / Republicano
ROBERT COWBURN
Libertarian / Libertario
RICHARD L WEISS
Green Party / Partido Verde
JUSTIN L MAGILL
Constitution Party / Partido de la Constitución
ERIC L SETTLE
Forward Party / Partido de Adelante

**Auditor General - All Luzerne County Precincts - Vote For One**

MALCOLM KENYATTA
Democratic / Democrata
TIM DEFOOR
Republican / Republicano
REECE SMITH
Libertarian / Libertario
ERIC K ANTON
American Solidarity Party / Partido de Solidaridad Americana
BOB GOODRICH
Constitution Party / Partido de la Constitución

**State Treasurer - All Luzerne County Precincts - Vote For One**

ERIN MCCLELLAND
Democratic / Democrata
STACY GARRITY
Republican / Republicano
NICKOLAS CIESIELSKI
Libertarian / Libertario
TROY BOWMAN
Constitution Party / Partido de la Constitución
CHRIS FOSTER
Forward Party / Partido de Adelante

**US Representative In Congress District 8 – Vote For One**

MATT CARTWRIGHT
Democratic / Democrata

ROB BRESNAHAN JR
Republican / Republicano
**US Representative In Congress, 9th District, (Vote For One):**
AMANDA WALDMAN
Democratic / Democrata
DAN MEUSER
Republican / Republicano
**Senator In The General Assembly, District 27, (Vote For One):**
PATRICIA LAWTON
Democratic / Democrata
LYNDA J SCHLEGEL CULVER
Republican / Republicano
**Senator In The General Assembly, District 29, (Vote For One):**
JOHN ZUGAREK
Democratic / Democrata
DAVE ARGALL
Republican / Republicano
TIMOTHY HENNING
Libertarian / Libertario
**Representative In The General Assembly, District 116, (Vote For One):**
DEBORAH ADOFF
Democratic / Democrata
DANE WATRO
Republican / Republicano
**Representative In The General Assembly, District 117, (Vote For One):**
JAMIE WALSH
Republican / Republicano
**Representative In The General Assembly, District 118, (Vote For One):**
JIM HADDOCK
Democratic / Democrata
MCKAYLA KATHIO
Republican / Republicano
**Representative In The General Assembly, District 119, (Vote For One):**
MEGAN KOCHER
Democratic / Democrata
ALEC J RYNCAVAGE
Republican / Republicano
**Representative In The General Assembly, District 120, (Vote For One):**
FERN LEARD
Democratic / Democrata
BRENDA PUGH
Republican / Republicano
**Representative In The General Assembly, District 121, (Vote For One):**
EDDIE DAY PASHINSKI
Democratic / Democrata
DINO DISLER
Republican / Republicano

## POLLING PLACE ADDRESSES

We hereby make known and give notice that the place of holding aforesaid General Primary in the several wards, boroughs, districts and townships within the county of Luzerne are as follows:

| | | | |
|---|---|---|---|
| Ashley Borough Ward 01 | Ashley Borough Municipal Building | 49 W Cemetery St. | Ashley, PA 18706 |
| Ashley Borough Ward 02 | Ashley Borough Municipal Building | 49 W Cemetery St. | Ashley, PA 18706 |
| Avoca Borough Ward 01 | West Side Social Club | 711 McAlpine St. | Avoca, PA 18641 |
| Avoca Borough Ward 02 | Queen of Apostles Hall | 742 Spring St. | Avoca, PA 18641 |
| Avoca Borough Ward 03 | Queen of Apostles Hall | 742 Spring St. | Avoca, PA 18641 |
| Bear Creek Township District 01 | Bear Creek Neighborhood Facility - Community Building | 3333 Bear Creek Blvd. | Wilkes-Barre, PA 18702 |
| Bear Creek Township District 02 | Bear Creek Neighborhood Facility - Community Building | 3333 Bear Creek Blvd. | Wilkes-Barre, PA 18702 |
| Bear Creek Township District 03 | Penn Lake Association/Penn Lake Community Center | 1744 Lakeview Dr. | White Haven, PA 18661 |
| Bear Creek Village Borough | Bear Creek Club House | 125 White Haven Rd. | Bear Creek, PA 18602 |
| Black Creek Township | Black Creek United Methodist Church | 158 Golfcourse Rd. | Sugarloaf, Pa 18249 |
| Buck Township | Buck Township Municipal Building | 114 Buck Blvd. | White Haven, PA 18661 |
| Butler Township District 01 | Butler Township Community Center (Gymnasium) | 411 West Butler Dr. | Drums, PA 18222 |
| Butler Township District 02 | Edgewood Golf Course | 22 Edgewood Rd. | Drums, PA 18222 |
| Butler Township District 03 | Edgewood Golf Course | 22 Edgewood Rd. | Drums, PA 18222 |
| Butler Township District 04 | Edgewood Golf Course | 22 Edgewood Rd. | Drums, PA 18222 |
| Butler Township District 05 | Butler Township Community Center (Meeting Room) | 411 West Butler Dr. | Drums, PA 18222 |

| | | | |
|---|---|---|---|
| Conyngham Borough | Conyngham Borough Building | 215 Main St. | Conyngham, PA 18219 |
| Conyngham Township | Conyngham Township Municipal Building | 10 Pond Hill Rd. | Mocanaqua, PA 18655 |
| Courtdale Borough | Courtdale Municipal Building | 5 Blackman St. | Courtdale, PA 18709 |
| Dallas Borough Ward 01 | Dallas Borough Building | 25 Main St. | Dallas, PA 18612 |
| Dallas Borough Ward 02 | Back Mountain Memorial Library | 96 Huntsville Rd | Dallas, Pa 18612 |
| Dallas Township District 01 | Kunkle Fire Hall | 14 Fire House Rd. | Dallas, PA 18612 |
| Dallas Township District 02 | Misericordia University Anderson Sports & Health Center | 135 Misericordia Wy | Dallas, PA 18612 |
| Dallas Township District 03 | Dallas Township Municipal Garage | 2919 State Route 309 Hwy | Dallas, PA 18612 |
| Dallas Township District 04 | Fellowship Evangelical Free Church | 45 Hildebrandt Rd. | Dallas, PA 18612 |
| Dallas Township District 05 | Fellowship Evangelical Free Church | 45 Hildebrandt Rd. | Dallas, PA 18612 |
| Dennison Township | Dennison Township Municipal Building | 76 Walnut St. | White Haven, PA 18661 |
| Dorrance Township | Dorrance Township Municipal Building | 7844 Blue Ridge Trail | Mountain Top, PA 18707 |
| Dupont Borough Ward 01 | Dupont VFW | 401 Main St. | Dupont, PA 18641 |
| Dupont Borough Ward 02 | Dupont VFW | 401 Main St. | Dupont, PA 18641 |
| Duryea Borough Ward 01 | Duryea Borough Building | 315 Main St. | Duryea, PA 18642 |
| Duryea Borough Ward 02 | Germania Hose Company | 443 Foote Ave | Duryea, PA 18642 |
| Duryea Borough Ward 03 | Excelsior Hose Company | 798 Foote Ave. | Duryea, PA 18642 |
| Edwardsville Borough Ward 01 | Edwardsville Borough Building (Fire Truck Garage Bay) | 470 Main St. | Edwardsville, PA 18704 |
| Edwardsville Borough Ward 02 | Police Bay Garage | 470 Main St. | Edwardsville, PA 18704 |
| Exeter Borough Ward 01 | St. Barbara's Parish | 28 Memorial St | Exeter, PA 18643 |
| Exeter Borough Ward 02 | St. Barbara's Parish | 28 Memorial St | Exeter, PA 18643 |
| Exeter Borough Ward 03 | St. Barbara's Parish | 28 Memorial St | Exeter, PA 18643 |
| Exeter Township | Exeter Township Municipal Building | 2305 State Route 92 | Harding, PA 18643 |
| Fairmount Township | Fairmount Township Volunteer Fire and Ambulance | 671 State Route 118 | Sweet Valley, PA 18656 |
| Fairview Township District 01 | Mountaintop Hose Company | 14 Woodlawn Ave. | Mountain Top, PA 18707 |
| Fairview Township District 02 | Mountaintop Hose Company | 14 Woodlawn Ave. | Mountain Top, PA 18707 |
| Forty Fort Borough Ward 01 | Cross Valley Assembly of God Church | 14 West Turner St. | Forty Fort, PA 18704 |
| Forty Fort Borough Ward 02 | Cross Valley Assembly of God Church | 14 West Turner St. | Forty Fort, PA 18704 |
| Forty Fort Borough Ward 03 | Forty Fort Borough Building | 1271 Wyoming Ave. | Forty Fort, PA 18704 |
| Foster Township District 01 | White Haven VFW Post 6615 | 3 VFW Rd. | White Haven, PA 18661 |
| Foster Township District 02 | Foster Township Municipal Building | 1000 Wyoming Ave. | Freeland, PA 18224 |
| Franklin Township | Franklin Township Fire Hall | 329 Orange Rd. | Dallas, PA 18612 |
| Freeland Borough | Freeland Borough Building | 526 Fern St. | Freeland, PA 18224 |
| Hanover Township Ward 01 | Hanover Township Community Ambulance Association | 1001 Center St. | Hanover Township, PA 18706 |
| Hanover Township Ward 02 | Newtown Fire Company #2 | 2 Raymond Dr | Hanover Township, PA 18706 |
| Hanover Township Ward 03 | Lee Park Towers Building | 140 Lee Park Ave. | Hanover Township, PA 18706 |
| Hanover Township Ward 04 | Hanover Area Fire District Hall | 299 First St. | Hanover Township, PA 18706 |
| Hanover Township Ward 05 | Hanover Township Municipal Building | 1267 Sans Souci Parkway | Hanover Township, PA 18706 |
| Hanover Township Ward 06 | Luzerne County Records Storage Facility | 85 Young St. | Hanover Township, PA 18706 |
| Harveys Lake Borough | Harveys Lake Borough Building | 4875 Memorial Highway, Suite 1 | Harveys Lake, PA 18618 |
| Hazle Township District 01 | Harwood Fire House | 874 Old St. | Hazle Township, PA 18202 |
| Hazle Township District 02 | Hazle Township Commons Building | 101 West 27th St. | Hazle Township, PA 18202 |
| Hazle Township District 03 | Hazle Township Commons Building | 101 West 27th St. | Hazle Township, PA 18202 |
| Hazle Township District 04 | Hazle Township Fire Company | 1113 North Church St. | Hazle Township, PA 18202 |
| Hazle Township District 05 | Hazle Township Fire Company | 1113 North Church St. | Hazle Township, PA 18202 |
| Hazleton City Ward 01 | Lackawanna College | 2 East BRd. St. | Hazleton, PA 18201 |
| Hazleton City Ward 02 | Lackawanna College | 2 East BRd. St. | Hazleton, PA 18201 |
| Hazleton City Ward 03 | Hazleton Southside Fire Station | 525 East BRd. St. | Hazleton, PA 18201 |

| | | | |
|---|---|---|---|
| Hazleton City Ward 04 | Hazleton Southside Fire Station | 525 East BRd. St. | Hazleton, PA 18201 |
| Hazleton City Ward 05 | Terrace Plaza | 601 S Poplar St | Hazleton, PA 18201 |
| Hazleton City Ward 06 | Old 14th Ward Fire Company | 546 East Diamond Ave. | Hazleton, PA 18201 |
| Hazleton City Ward 07 | Most Precious Blood Church | 131 East Fourth St. | Hazleton, PA 18201 |
| Hazleton City Ward 08 | Hazleton City Hall | 40 North Church St. | Hazleton, PA 18201 |
| Hazleton City Ward 09 | Our Lady of Grace Church | 750 North Vine St. | Hazleton, PA 18201 |
| Hazleton City Ward 10 | Hazleton City Hall | 40 North Church St. | Hazleton, PA 18201 |
| Hazleton City Ward 11 | Our Lady of Grace Church | 750 North Vine St. | Hazleton, PA 18201 |
| Hollenback Township | Hollenback Township Municipal Building | 660 East County Rd. | Wapwallopen, PA 18660 |
| Hughestown Borough | Hughestown Hose Company #1 | 30 Center St. | Hughestown, PA 18640 |
| Hunlock Township | Hunlock Township Volunteer Fire House | 1114 Main Rd. | Hunlock Creek, PA 18621 |
| Huntington Township | Huntington Valley Volunteer Fire Department | 1013 State Route 239 | Shickshinny, PA 18655 |
| Jackson Township | Jackson Township Fire Company | 1160 Chase Rd. | Shavertown, PA 18708 |
| Jeddo Borough | Jeddo Borough Recreation Center | 593 Highland St. | Freeland, PA 18224 |
| Jenkins Township District 01 | Jenkins Township Volunteer Fire Department | 2 Second St. | Port Griffith, PA 18640 |
| Jenkins Township District 02 | Jenkins Township Volunteer Fire Department | 2 Second St. | Port Griffith, PA 18640 |
| Jenkins Township District 03 | Jenkins Township Municipal Building | 46 1/2 Main St. | Inkerman, PA 18640 |
| Kingston Borough Ward 01 | Kingston Armory | 280 Market St. | Kingston, PA 18704 |
| Kingston Borough Ward 02 | Kingston Armory | 280 Market St. | Kingston, PA 18704 |
| Kingston Borough Ward 03 | Kingston Central Fire Department | 600 Wyoming Ave. | Kingston, PA 18704 |
| Kingston Borough Ward 04 | Kingston Recreation Center | 655 3rd Ave | Kingston, PA 18704 |
| Kingston Borough Ward 05 | Kingston VFW Post 283 | 757 Wyoming Ave | Kingston, PA 18704 |
| Kingston Borough Ward 06 | Hoyt Library | 284 Wyoming Ave. | Kingston, PA 18704 |
| Kingston Borough Ward 07 | Kingston Recreation Center | 655 3rd Ave | Kingston, PA 18704 |
| Kingston Borough Ward 08 | Kingston Recreation Center | 655 3rd Ave | Kingston, PA 18704 |
| Kingston Township District 01 | Shavertown United Methodist Church Social Hall | 163 North Pioneer Ave | Shavertown, PA 18708 |
| Kingston Township District 02 | Kingston Township Administration Building | 180 East Center St. | Shavertown, PA 18708 |
| Kingston Township District 03 | Cross Creek Community Church | 370 Carverton Rd. | Shavertown, PA 18708 |
| Kingston Township District 04 | Cross Creek Community Church | 370 Carverton Rd. | Shavertown, PA 18708 |
| Laflin Borough | St. Maria Goretti Church Hall | 42 Redwood Dr. | Laflin, PA 18702 |
| Lake Township | Lake Township Municipal Building | 488 State Route 29 | Harveys Lake, PA 18618 |
| Larksville Borough Ward 01 | Larksville Rd. Department Building | 55 New St. | Larksville, PA 18651 |
| Larksville Borough Ward 02 | Larksville Volunteer Fire Department | 490 East State St. | Larksville, PA 18651 |
| Larksville Borough Ward 03 | Larksville Borough Building Council Room | 211 East State St. | Larksville, PA 18651 |
| Laurel Run Borough | Laurel Run Borough Community Building | 100 Dupont Dr. | Laurel Run PA 18706 |
| Lehman Township District 01 | Lake Silkworth Vol Fire Dept. | 1859 State Route 29 | Hunlock Creek, PA 18621i |
| Lehman Township District 02 | Back Mountain Regional Emergency Services | 3593 State Route 118 | Dallas, PA 18612 |
| Lehman Township District 03 | Back Mountain Regional Emergency Services | 3593 State Route 118 | Dallas, PA 18612 |
| Luzerne Borough | Holy Family Parish | 574 Bennett St. | Luzerne, PA 18709 |
| Nanticoke City Ward 01 | Nanticoke Towers | 100 Nanticoke St. | Nanticoke, PA 18634 |
| Nanticoke City Ward 02 | IBEW Local 163 JATC | 41 West Church St. | Nanticoke, PA 18634 |
| Nanticoke City Ward 03 | Oplinger Towers | 270 East Main St. | Nanticoke, PA 18634 |
| Nanticoke City Ward 04 | John S. Fine High School Football Field House | 427 Kosciuszko St. | Nanticoke, PA 18634 |
| Nanticoke City Ward 05 | Nanticoke City Hall | 15 E Ridge St. | Nanticoke, PA 18634 |
| Nanticoke City Ward 06 | Holy Transfiguration Church | 210 Center St. | Nanticoke, PA 18634 |
| Nescopeck Borough | Nescopeck Youth Center | 501 Raber Ave. | Nescopeck, PA 18635 |
| Nescopeck Township | Nescopeck Township Municipal Building | 429 Berwick Hazleton Highway | Nescopeck, PA 18635 |
| New Columbus Borough | Huntington Valley Volunteer Fire Department | 1013 State Route 239 | Shickshinny, PA 18655 |

| | | | |
|---|---|---|---|
| Newport Township Ward 01 | Newport Township Building Meeting Room | 351 West Kirmar Ave. | Nanticoke (Wanamie), PA 18634 |
| Newport Township Ward 02 | Newport Township Municipal Garage | 351 West Kirmar Ave. | Nanticoke (Wanamie), PA 18634 |
| Nuangola Borough | Nuangola Grove | 5177 Nuangola Rd. | Nuangola, PA 18707 |
| Penn Lake Park Borough | Penn Lake Association/Penn Lake Community Center | 1744 Lakeview Dr. | White Haven, PA 18661 |
| Pittston City Ward 01 | Pittston Active Adult Center | 441 North Main St. | Pittston, PA 18640 |
| Pittston City Ward 02 | St Joseph Marello Church | 237 William St | Pittston, PA 18640 |
| Pittston City Ward 03 | St Joseph Marello Church | 237 William St | Pittston, PA 18640 |
| Pittston City Ward 04 | Pittston Memorial Library, J.P. Cosgrove Center | 47 BRd. St. | Pittston, PA 18640 |
| Pittston Township District 01 | Pittston Township Municipal Building | 421 BRd. St. | Pittston, PA 18643 |
| Pittston Township District 02 | Dupont DPW Garage | 150 Commerce Rd. | Pittston, PA 18640 |
| Plains Township Ward 01 | Plains Volunteer Ambulance Association | 90 Maffett St. | Plains, PA 18705 |
| Plains Township Ward 02 | St. Peter & Paul Bernardine Hall | 13 Hudson Rd. | Plains, PA 18705 |
| Plains Township Ward 03 | Hilldale Itlo Club | 20 Chamberlain St. | Plains, PA 18705 |
| Plains Township Ward 04 | Plains Township Fire House | 50 Second St. | Plains, PA 18702 |
| Plains Township Ward 05 | Plains Township Fire House | 50 Second St. | Plains, PA 18702 |
| Plymouth Borough Ward 01 | Plymouth Armory | 747 West Main St. | Plymouth, PA 18651 |
| Plymouth Borough Ward 02 | Plymouth Borough Building | 162 West Shawnee Ave. | Plymouth, PA 18651 |
| Plymouth Borough Ward 03 | Plymouth Armory | 747 West Main St. | Plymouth, PA 18651 |
| Plymouth Township | Plymouth Township Municipal Building | 925 West Main St. | Plymouth, PA 18651 |
| Pringle Borough | Pringle Borough Building (Garage) | 89 Evans St. | Pringle, PA 18704 |
| Rice Township District 01 | Cornerstone Christian Fellowship | 3577 Church Rd. | Mountain Top, PA 18707 |
| Rice Township District 02 | American Legion Mountain Post 781 | 1550 Henry Dr. | Mountain Top, PA 18707 |
| Ross Township | Sweet Valley Volunteer Fire Company | 5383 Main Rd. | Sweet Valley, PA 18656 |
| Salem Township District 01 | Berwick Assembly of God Church | 801 East Fifth St. | Berwick, PA 18603 |
| Salem Township District 02 | Berwick Assembly of God Church | 801 East Fifth St. | Berwick, PA 18603 |
| Shickshinny Borough | Shickshinny Borough Building | 35 West Union St. | Shickshinny, PA 18655 |
| Slocum Township | Slocum Township Fire Hall | 1923 Slocum Rd. | Wapwallopen, PA 18660 |
| Sugar Notch Borough | Sugar Notch Municipal Building | 892 Main St. | Sugar Notch, PA 18706 |
| Sugarloaf Township District 01 | Sugarloaf Volunteer Fire Company | 95 West County Rd. | Sugarloaf, PA 18249 |
| Sugarloaf Township District 02 | Sugarloaf Volunteer Fire Company | 95 West County Rd. | Sugarloaf, PA 18249 |
| Sugarloaf Township District 03 | Sugarloaf Township Municipal Building | 858 Main St. | Sugarloaf, PA 18249 |
| Swoyersville Borough Ward 01 | Music Box Dinner Playhouse | 196 Hughes St. | Swoyersville, PA 18704 |
| Swoyersville Borough Ward 02 | Swoyersville Borough Building | 675 Main St. | Swoyersville, PA 18704 |
| Swoyersville Borough Ward 03 | Swoyersville Hose Company | 296 Slocum St. | Swoyersville, PA 18704 |
| Union Township | Sylvania Masonic Hall | 249 Trailing Pine Rd. | Shickshinny, PA 18655 |
| Warrior Run Borough | Warrior Run Fire Hall | 316 Academy St. | Warrior Run, PA 18706 |
| West Hazleton Borough Ward 01 | West Hazleton Borough Building | 100 S 4th St | West Hazleton, PA 18202 |
| West Hazleton Borough Ward 02 | West Hazleton Borough Building | 100 S 4th St | West Hazleton, PA 18202 |
| West Pittston Borough Ward 01 | West Pittston Borough Building | 555 Exeter Ave. | West Pittston, PA 18643 |
| West Pittston Borough Ward 02 | West Pittston Borough Building | 555 Exeter Ave. | West Pittston, PA 18643 |
| West Pittston Borough Ward 03 | West Pittston Borough Building | 555 Exeter Ave. | West Pittston, PA 18643 |
| West Wyoming Borough Ward 01 | West Wyoming Hose Company | 926 Shoemaker Ave. | West Wyoming, PA 18644 |
| West Wyoming Borough Ward 02 | West Wyoming Hose Company | 926 Shoemaker Ave. | West Wyoming, PA 18644 |
| White Haven Borough | White Haven Area Community Library | 121 Towanda St. | White Haven, PA 18661 |
| Wilkes Barre City Ward 01 | Hollenback Golf Course Club House | 1050 North Washington St. | Wilkes-Barre, PA 18705 |

| | | | |
|---|---|---|---|
| Wilkes Barre City Ward 02 | Holy Trinity Russian Orthodox Pavilion | 401 E Main St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 03 | Holy Trinity Russian Orthodox Pavilion | 401 E Main St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 04 | Toyota Sports Plex | 38 Coal St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 05 | St. Mary's Byzantine Catholic Church | 522 Madison St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 06 | St. Mary's Byzantine Catholic Church | 522 Madison St. | Wilkes-Barre, PA 18705 |
| Wilkes Barre City Ward 07 | B'Nai Brith High Rise Building | 61 East Northampton St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 08 | Toyota Sports Plex | 38 Coal St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 09 | Toyota Sports Plex | 38 Coal St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 10 | St Nicholas-St Mary | 226 S Washington St. | Wilkes-Barre, PA 18701 |
| Wilkes Barre City Ward 11 | St Nicholas-St Mary | 226 S Washington St. | Wilkes-Barre, PA 18701 |
| Wilkes Barre City Ward 12 | Arnaud C. Marts Gymnasium at Wilkes University | 274 South Franklin St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 13 | Arnaud C. Marts Gymnasium at Wilkes University | 274 South Franklin St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 14 | Central United Methodist Church | 65 Academy St. | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 15 | St. Aloysius Padden Hall | 143 Division St. | Wilkes-Barre, PA 18706 |
| Wilkes Barre City Ward 16 | St. Aloysius Padden Hall | 143 Division St. | Wilkes-Barre, PA 18706 |
| Wilkes Barre City Ward 17 | St. Aloysius Padden Hall | 143 Division St. | Wilkes-Barre, PA 18706 |
| Wilkes Barre City Ward 18 | St. Aloysius Padden Hall | 143 Division St. | Wilkes-Barre, PA 18706 |
| Wilkes Barre City Ward 19 | Osterhout Free Library-South Branch | 100 Parrish St | Wilkes-Barre, PA 18702 |
| Wilkes Barre City Ward 20 | Osterhout Free Library-South Branch | 100 Parrish St | Wilkes-Barre, PA 18702 |
| Wilkes Barre Township Ward 01 | Wilkes-Barre Township Fire Hall | 152 Watson St. | Wilkes-Barre, PA 18705 |
| Wilkes Barre Township Ward 02 | Wilkes-Barre Township Fire Hall | 152 Watson St. | Wilkes-Barre, PA 18705 |
| Wright Township District 01 | Wright Township Municipal Bldg. | 321 S Mountain Blvd | Mountain Top, PA 18707 |
| Wright Township District 02 | Wright Township Municipal Magistrate | 321 S Mountain Blvd | Mountain Top, PA 18707 |
| Wright Township District 03 | Mountain Top Family Church | 209 South Mountain Blvd. | Mountain Top, PA 18707 |
| Wright Township District 04 | Mountain Top Family Church | 209 South Mountain Blvd. | Mountain Top, PA 18707 |
| Wyoming Borough Ward 01 | Wyoming Volunteer Hose Company #2 | 70 3rd St. | Wyoming, PA 18644 |
| Wyoming Borough Ward 02 | Wyoming Volunteer Hose Company #2 | 70 3rd St. | Wyoming, PA 18644 |
| Wyoming Borough Ward 03 | Wyoming Volunteer Hose Company #2 | 70 3rd St. | Wyoming, PA 18644 |
| Yatesville Borough | Yatesville Borough Municipal Building | 33 Pittston Ave. | Yatesville, PA 18640 |

Voters with hearing impairment or deaf may call the telecommunications device (tdd) by dialing toll free: 1-800-233-3008. Any qualified elector who is handicapped or elderly (65 or older) and assigned by his or her county board of elections to an inaccessible polling place has the right, upon advance request of the elector, to cast an alternative ballot on or before election day.

**WARNING:** If you receive an absentee or mail-in ballot and return your voted ballot by the deadline, you may not vote at your polling place on election day. If you are unable to return your voted absentee or mail-in ballot by the deadline, you may only vote a provisional ballot at your polling place on election day, unless you surrender your absentee or mail-in ballot and envelope to the judge of elections to be voided to vote by regular ballot.

## Luzerne County Board of Elections & Registration Notice for Pre-Canvassing/Canvassing of Votes for the November 5, 2024, General Election

The official pre-canvassing of votes for November 5, 2024, General Election will commence at 7:00 AM on November 5, 2024, at the Luzerne County Penn Place Building, 3rd Floor, Courtroom A, 20 North Pennsylvania Ave., Wilkes-Barre, PA 18701. No person observing, attending, or participating in a pre-canvass meeting may disclose the results of any portion of any pre-canvass meeting prior to the close of the polls.

The official canvassing of votes for November 5, 2024, General Election will commence at 8:00 PM on November 5, 2024, at the Luzerne County Penn Place Building, 20 North Pennsylvania Ave., Wilkes-Barre, PA 18701.

Those persons permitted to be present for the pre-canvass and canvass of votes are limited to candidates, parties, and bodies pursuant to 25 P.S. § 2650 and 25 P.S. § 3146.8 of the Pennsylvania Election Code. Every candidate may be present in-person. If unable to be present, candidates may appoint an authorized representative to attend.

Appointments of party representatives and candidate representatives can be done by completing the "Poll Watcher Certificate Request Form". This form may be obtained on the Election Bureau's website in advance of Election Day. After completion and approval by the Election Bureau, authorized candidate representatives and authorized party representatives will be provided a certificate for entry.

## Luzerne County Board of Elections & Registration Special Meeting for the Commencement of the Adjudication Process for the November 5, 2024, General Election

The Luzerne County Board of Elections & Registration will convene a Special Meeting on Friday, November 8, 2024, at 9:00 AM in Courtroom A, 3rd Floor, Luzerne County Penn Place Building, 20 N. Pennsylvania Ave., Wilkes-Barre, PA for the purpose of the commencement of the adjudication process for votes cast for the November 5, 2024, General Election. This process will continue until completed and is open to the public.